DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

FILED

2015 JUN 17  PM 1: 57

CLERK
U.S. BANKRUPTCY CT
SO DIST OF CALIF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

| In Re: | Chapter 13 |
|--------|-----------|
| PAUL SHIPLEY<br>TARA LYNN SHIPLEY<br>8763 GOLDEN RIDGE RD.<br>LAKESIDE, CA 92040 | Bankruptcy Case No.  10-13804-MM13 |
| Debtors. | UNDISTRIBUTED FUNDS |

# 227184

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: STALE DATED DEBTOR REFUND CHECK

NAME OF PAYEE ON UNCLAIMED CHECK:

PAUL and TARA LYNN SHIPLEY
8763 GOLDEN RIDGE RD.
LAKESIDE, CA 92040

AMOUNT:  $2,348.70

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtors, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ ✓]DEBTORS   [ ✓]ATTORNEY   [   ]PAYEE

DATED:  June 15, 2015

Patty Morgan
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

WILLIAM F MCDONALD III #230128
550 WEST C STREET STE 1150
SAN DIEGO, CA 92101-0000

PG 55 13804 UND